1. Jorge L Alvarez
2. 37 Allison lane
3. Springfield Ma, 01129
4. 413-348-6822
5. jalvarez01129@comcast.net
6. VS
7. **Defendant 1**, Maplebear Inc/Instacart
8. **Registered Agent in Massachusetts**
9. Cogency Global Inc.
10. 45 School Street Suite 202
11. Boston, Ma 02108
12. **Principle Office Location**
13. 50 Beale Street Suite 600
14. San Francisco, CA 94105
15. 
16. **Defendant 2**, Doordash, Inc
17. **Registered Agent in Massachusetts**
18. Registered Agent Solutions, Inc.
19. 44 School Street Suite 505
20. Boston, Ma 02108
21. **Principle Office Location**
22. 303 2nd Street South Tower, Suite 800
23. San Francisco, Ca 94107
24. 
25.

## Introduction

I, Pro Se Plaintiffs Jorge L. Alvarez seek compensation for the unlawful act of unlawful employment practices in the state of Massachusetts.

"M.G.L.A. 151 § 1 § 1. Oppressive and unreasonable wages; validity of contracts Effective: January 1, 2021 to Decetnber 31, 2021 Currentness It is hereby declared to be against public policy for any employer to employ any person in an occupation in this commonwealth at an oppressive and unreasonable wage as defined in section two, and any contract, agreement or understanding for or in relation to such emp1oyment shall be nul1 and void. A wage of less than $13.50 per hour, in any occupation, as defined in this chapter, shall conclusively be presumed to be oppressive and unreasonable, wherever the term "minimum wage" is used in this chapter, unless the commissioner has expressly approved or shall expressly approve the establishment and payment of a lesser wage under the provisions of sections seven and nine. Notwithstanding the provisions of this section, in no case shall the minimum wage rate be less than $.50 higher than the effective federal minimum rate."

## Parties

1. Pro Se Plaintiff, Jorge L. Alvarez resident of Springfield Massachusetts and employee of Instacart and Doordash company.
2. Defendant, Instacart and Doordash.

## Statement of Facts

I, Jorge L Alvarez, am currently employed with both defendant Instacart and as of approximately 9/6/21 I was hire with Doordash.

I'll begin with Instacart. Started working for Instacart since June 28, of 2021. Instacart bases pay on shopper's star rating between 1-5 they claim is placed by costumers, complaints, canceled batches. And then Instacart doesn't exactly make clear what other factors do they use to base their pay offers to shoppers.

When I say pay offers, as a shopper opens the app, a list of available batches will made listed. A batch or an order, may have 1,2 or 3 costumers order combined.

58. Each batch will then offer a pay such as $10 for a batch example. Then if the batch states it has a tip, it will show that as well. From 0 tip, 0.01 cent tips to a few dollars or more.

59. Unfortunately, and unknown to many shoppers, the tips are not set and so if a batch for example states pays $10, the app not the costumer changes the tip based on if an item was out of stock, replaced and if the costumer was refunded. At the end, a $10 batch can easily turn out to be $9 or $7 which is the Instacart minimum payment.

60. While Instacart claims costumers are able to change tip amounts within 24 hours after receiving their order, some people place large tips to lure shoppers to take their order to then cut the tips at the end after groceries are delivered as seen in this news report, https://www.cnn.com/2020/04/09/tech/instacart-shoppers-tip-baiting/index.html, Instacart does their own version of luring and then cutting tips on their employees.

61. Interestingly, some costumers have offered to give me cash because they weren't given a tip option or so they stated to me.

62. The current minimum wage for the state of Massachusetts is $13.50. I have taken a number of screenshot pictures showing batches containing multiple costumers paying from $7 and almost always under $13 for batches that take in excess of an hour to nearing 2 hours of work, while using our own vehicles to do the work for the company.

63. So, here, Instacart is committing an unlawful act in the state of Massachusetts by paying well below the minimum wage as set by Massachusetts laws. And as stated for tipped employees **Mass. General Laws c.149 § 152A.**

64. Please see https://www.mass.gov/info-details/mass-general-laws-c149-ss-152a

65. Instacart also falls into violating section B. "No employer or other person shall demand, request or accept from any wait staff employee, service employee, or service bartender any payment or **deduction from a tip** or service charge given to such wait staff employee, service employee, or service bartender by a patron. No such **employer or other person** shall **retain** or distribute in a manner inconsistent with this section any tip or service charge given directly to the employer or person."

90  And I suspect they are also in violation of section C. As batches are offered in a
91  pool type listing at different rates to shoppers for the same batch.

92  Section C, "No employer or person shall cause, require or permit any wait staff
93  employee, service employee, or service bartender to participate in a tip pool
94  through which such employee remits any wage, tip or service charge, or any
95  portion thereof, for distribution to any person who is not a wait staff employee,
96  service employee, or service bartender. An employer may administer a valid tip
97  pool and may keep a record of the amounts received for bookkeeping or tax
98  reporting purposes."

99  Instacart is also in violation of section D and E, "D-If an employer or person
100 submits a bill, invoice or charge to a patron or other person that imposes a service
101 charge or tip, the total proceeds of that service charge or tip shall be remitted
102 only to the wait staff employees, service employees, or service bartenders in
103 proportion to the service provided by those employees.

104 Nothing in this section shall prohibit an employer from imposing on a patron any
105 house or administrative fee in addition to or instead of a service charge or tip, if
106 the employer provides a designation or written description of that house or
107 administrative fee, which informs the patron that the fee does not represent a tip
108 or service charge for wait staff employees, service employees, or service
109 bartenders.

110 E- Any service charge or tip remitted by a patron or person to an employer shall
111 be paid to the wait staff employee, service employee, or service bartender by the
112 end of the same business day, and in no case later than the time set forth for
113 timely payment of wages under section 148."

114 As Instacart without warning to the employee deducts tip amount after groceries
115 are done.

116 And ultimately, Instacart cannot exempt itself from these laws and are to face the
117 penalties as stated by the law. Section F and G, "F- Whoever violates this section
118 shall be subject to all of the civil and criminal penalties and remedies set forth in
119 section 27C. Any person or employer who violates this section shall make
120 restitution for any tips accepted, distributed or retained in violation of this
121 section, together with interest thereon at the rate of 12 per cent per annum. An

122 employee claiming to be aggrieved by a violation of this section may proceed
123 pursuant to the second paragraph of section 150. The attorney general or, under
124 said section 150, an employee may bring an action under this section within 3
125 years of any violation of this section.

126 G- No employer or person shall by a special contract with an employee or by any
127 other means exempt itself from this section."

128 Instacart acts of not just paying below minimum wage, but its further act of wage
129 impermissible wage deduction violates my legal protective rights. And are actively
130 taking advantage of and abusing those who are of a disadvantage group.
131 Meaning, as I have been shopping and ran into other shoppers, most are adults
132 with some level of disabilities that didn't qualify them for disability benefits, but
133 are still unable to properly hold a regular job. Others have been noticeable
134 substance users. I myself am a disable adult, unable to hold a regular job due to
135 my disability. But my disability doesn't automatically make me dumb. I am aware
136 when I am being used and abuse.

137 Instacart is being very discriminatory and abusive to legally protected groups of
138 disadvantage individuals.

139 My other complain on Instacart is their misclassification of its employees as
140 independent contractors. This is simply false, all 3 of the following must be true
141 for a person performing services in Massachusetts to be a valid independent
142 contractor.

143 A. You are free from control and direction in connection with the performance of
144 your work, both under any contract and in the reality of your job; and
145

146 B. Your work is performed outside the usual course of the business of your
147 employer (this is the key one, contractors who perform the normal work of the
148 business are almost always employees); and,
149

150 C. You are customarily engaged in an independently established trade,
151 occupation, profession or business of the same nature as the work you so in your
152 job.

153

154  The burden of proving otherwise falls on Instacart and Doordash. Keep in mind
155  you are instructed and even kept on a time clock when doing a job and are
156  directed to what store to go to. You are instructed on what items to replace out
157  of stock items, call costumers before checking out and so forth. At no real time
158  are you an independent contract setting any real negotiations and terms for the
159  jobs being done.

160  What is true, is that the employee is taking most of the loses and overhead cost
161  for the corporation. Vehicles wear and tear, gas, food on the road, maintenance,
162  ones health, pretty much every negative is put on the employee while the
163  employer reaps all the benefits with little to no cost to them. Even real
164  contractors like tractor trailer owner operators get fuel reimbursement benefits
165  along with other contract negotiations. With these app, the people are NOT
166  independent contractors by any means and are nothing more but employees that
167  are being heavily used and abused by these corporations.

168  In addition, the defendants also fail at the law when it comes to the tax
169  withholding requirements of an employee.

170  "An **employee** is anyone who performs services for another person or
171  organization under the direction and control of that person or organization. The
172  employer-employee relationship exists when the person for whom services are
173  performed has the right to control and direct the details and manner in which the
174  job is to be accomplished." As stated on the Massachusetts state website link,
175  https://www.mass.gov/guides/withholding-taxes-on-
176  wages#:~:text=updates%20from%20DOR.-
177  ,Withholding%20Requirements,or%20electronic%20return%2C%20on%20time.

178  Also, Instacart had settle a lawsuit <u>Groves et al. v. Maplebear, Inc. d/b/a Instacart</u>

179  Case No. BC695401, for misclassifying its employees and wage violations in
180  California, and now, they are doing the same here in Massachusetts. "**Case**
181  **Summary:**

182  Maplebear, Inc., which does business as Instacart, is settling a class action for just
183  under $11 million. The complaint alleged that Instacart violated federal and
184  California labor laws in a number of ways, by misclassifying employees as
185  independent contractors, not reimbursing their business expenses, not paying

186 wages and overtime, not providing meal and rest breaks, not providing accurate
187 records of hours and pay, requiring false time statements, and improperly pooling
188 tips, among other things."

189 These same things have been made evident to me while working for Instacart
190 here in Massachusetts.

191 Doordash, at finishing my hiring process and unlocking the app to begin work, I
192 saw pays for work as low as $3! An utter disregard for the law in every possible
193 way imaginable.

194
195
196
197

**Count 1 Instacart & Doordash**

Violation of M.G.L.A. 151 § 1

§ 1. Oppressive and unreasonable wages; validity of contracts

**Count 2 Instacart & Doordash**

Violation of MGL 151B

**Count 3 Instacart**

Failed to Honor settled lawsuit *Groves et al. v. Maplebear, Inc. d/b/a Instacart*

**Count 4 Instacart & Doordash**

Unfair, unreasonable, deceptive and abusively advantageous employment practices

**Count 5 Instacart & Doordash**

Fraudulent tax practices/Failure to withhold required taxes from payments from employees

**Count 6 Instacart & Doordash**

Failure to provide reimbursements, such as to fuel, insurance, maintenance.

## Prayer for Relief

In keeping with the present standards set by the courts in the Haddad vs Walmart, and because of the defendant's blatant disregard and gross negligence to the employment laws of Massachusetts, I seek a relief of 2 million dollars from each defendant, making this a 4-million-dollar lawsuit in hope to serve as a serious deterrent to the defendants who are regarded as giants in the tech platforms, from their discriminatory, abusive, oppressive and unreasonable employment actions.

Sincerely ProSe Plaintiff, Jorge L Alvarez

Date 09/14/2021