UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JORGE L. ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MAPLEBEAR, INC. d/b/a Instacart and DOORDASH, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 3:21-cv-30110<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Maplebear, Inc. d/b/a Instacart ("Instacart"), states that it is a private nongovernmental entity with no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: November 1, 2021

Respectfully submitted,

MAPLEBEAR, INC. d/b/a Instacart,

By its attorney,

*/s/ Jonathan D. Persky*
Jonathan D. Persky (BBO #666651)
  *jpersky@constangy.com*
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
535 Boylston Avenue, Suite 902
Boston, MA 02116
Telephone: 617.849.7880
Facsimile: 617.849.7870

## CERTIFICATE OF SERVICE

I, Jonathan D. Persky, hereby certify that, on November 1, 2021, a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF system and was served upon (i) the *pro se* Plaintiff via First Class U.S. Mail and electronic mail; and (ii) counsel for defendant Doordash, Inc. by electronic mail.

                                       */s/ Jonathan D. Persky*